UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CAUSE NO. EP-25-CR-1184-KC** |
| | ) | |
| **LEONEL SOTELO-SANTILLAN** | ) | |

**DEFENDANT'S NOTICE OF INTENT TO PLEAD GUILTY AND REQUEST FOR SPEEDY TRIAL**

Defendant was indicted in a two-count indictment alleging (1) a violation of 8 U.S.C. Section 1326, and (2) a violation of 50 U.S.C. Section 797.

Defendant hereby notifies the Court of his intention to plead guilty to Count One of the indictment alleging the violation of 8 U.S.C. Section 1326. Defendant requests a guilty plea hearing on Count One within the next three weeks.

Defendant hereby requests a speedy trial on Count Two alleging a violation of 50 U.S.C. Section 797. Defendant does not waive and/or agree to toll any of his constitutional and/or statutory rights to a speedy trial on Count Two of the indictment.

Respectfully submitted,

MAUREEN SCOTT FRANCO
Federal Public Defender
/s/
ERIK A. HANSHEW
Assistant Federal Public Defender
Western District of Texas
Federal Building
700 E. San Antonio, D-401
El Paso, Texas 79901
(915) 534-6525
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of June, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Patricia Aguayo
700 E. San Antonio, Suite 200
El Paso, Texas 79901

                                    /s/
                              _____
                              Erik Hanshew
                              Attorney for Defendant